UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

       v.                                        Case No. 07-cr-49-01-SM

<u>Anthony Capobianco</u>


<u>O R D E R</u>

      Defendant's assented-to motion to continue the trial (document no. 12) is granted. Trial has been rescheduled for the July 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than April 8, 2007. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:   June 29, 2007 at 3:30 PM

    Jury Selection:   July 10, 2007 at 9:30 AM

    SO ORDERED.


April 2, 2007

                         Steven J. McAuliffe
                         Chief Judge

cc:  Helen Fitzgibbon, Esq.
     Peter C. Horstmann, Esq.
     Timothy Bush, Esq.
     U. S. Probation
     U. S. Marshal