UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

       v.                                   Case No. 07-cr-49-01-SM

<u>Anthony Capobianco</u>


<u>O R D E R</u>


      Defendant's assented-to motion to continue the trial (document no. 18) is granted. Trial has been rescheduled for the September 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than July 2, 2007. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:   August 27, 2007 at 10:30 AM

Jury Selection:   September 5, 2007 at 9:30 AM

SO ORDERED.

June 28, 2007

_____
Steven J. McAuliffe
Chief Judge

cc:  Helen Fitzgibbon, Esq.
     Peter C. Horstmann, Esq.
     Timothy Bush, Esq.
     U. S. Probation
     U. S. Marshal